UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE LAGREER ALLEN,

    Petitioner,

v

CINDI S. CURTIN,

    Respondent.

_____/

Case No. 1:06-cv-241

HON. JANET T. NEFF

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the objections (Dkt 37) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 36) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: December 4, 2009             /s/ Janet T. Neff
                                                                JANET T. NEFF
                                                                United States District Judge